United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUKH DEO SING,                                          No. C 08-1353 EDL   (JL)

        Plaintiff,

    v.                                                         FURTHER SETTLEMENT
                                                        CONFERENCE AND ORDER
LSG SKY CHEFS INC, et al.,

        Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a further settlement conference shall take place on **Friday, March 20, 2009 at 10:00 a.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

**At least seven (7) calendar days before the Settlement conference the parties shall deliver directly to the magistrate judge *two copies* of an updated Confidential Settlement Conference Statement which should be lodged with chambers and should not be filed with the Clerk of the Court or served upon other parties.**

The parties shall notify Magistrate Judge Larson's chambers immediately if this case settles prior to the date set for settlement conference.

SETTLEMENT CONFERENCE NOTICE            1

1  DATED: January 27, 2009

2
3                                                          _____
                                                           JAMES LARSON
4                                                          Chief Magistrate Judge