**CHARLES J. KATZ**
ATTORNEY AT LAW
475 EL CAMINO REAL, SUITE 300
MILLBRAE, CALIFORNIA 94030
TELEPHONE (650) 692-4100
FAX (650) 692-2900

*FILED*
*MAR 04 2009*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

March 3, 2009

Honorable James Larson
U.S. District Court Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

RE:   Sukh Deo Singh v. LSG Sky Chefs, Inc., et al.
      United States Northern District Court of California Case No. CV-08-1353 EDL (JL)
      Settlement Conference
      Date:  March 20, 2009
      Time:  10:00 a.m.
      Place: In Judge James Larson's Chambers

Dear Judge Larson:

I am in receipt of the notice of Further Settlement Conference setting this matter for a Further Settlement Conference on March 20, 2009 at 10:00 a.m.

As you may aware, I have filed a Second Amended Complaint naming Life Insurance Co. of North America. I am in the process of serving them.

I am also in receipt of a Clerk's notice from Judge Laporte's department informing me that the Case Management Conference scheduled for February 17, 2009 has been continued to March 31, 2009 in Judge Laporte's department.

Therefore, it appears to me that the Further Settlement Conference should be taken off calendar and reset once I have effected service upon Life Insurance Co. of North America and they have appeared.

Please advise me as to your decision.

Sincerely,

Charles J. Katz
CJK:ecs

The Settlement Conference has been continued to Wednesday, July 15, 2009 at 2:00 p.m.

cc:   Sukh Deo Singh
      S. Christopher Yoo, Esq.