UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKH DEO SING, | No. C 08-1353 SBA   (JL) |
| Plaintiff, | CONTINUANCE OF FURTHER SETTLEMENT CONFERENCE |
| v. | |
| LSG SKY CHEFS INC, et al., | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to a change in the Judge's calendar, the further settlement conference currently set for Wednesday, July 15, 2009 has been continued to **Friday, August 21, 2009 at 10:00 a.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

**At least seven (7) calendar days before the Settlement conference the parties shall deliver directly to the magistrate judge** *two copies* **of an updated Confidential Settlement Conference Statement which should be lodged with chambers and should not be filed with the Clerk of the Court or served upon other parties.**

SETTLEMENT CONFERENCE NOTICE           1

1    The parties shall notify Magistrate Judge Larson's chambers immediately if this case
2  settles prior to the date set for settlement conference.

3

4
DATED:   July 7, 2009
5

6                                                                             _____
                                                                     JAMES LARSON
7                                                                    United States Magistrate Judge

**United States District Court**
For the Northern District of California

SETTLEMENT CONFERENCE NOTICE        2