1

2  UNITED STATES DISTRICT COURT

3  FOR THE NORTHERN DISTRICT OF CALIFORNIA

4  OAKLAND DIVISION

5

6  SUKH DEO SINGH,

Case No: C 08-1353 SBA

7  Plaintiff,

**ORDER OF CONDITIONAL DISMISSAL**

8  vs.

9  LIFE INSURANCE OF AMERICA, et al.,

10  Defendants.

11

12  The Court having been notified of the settlement of this action (Docket 75), and it
13  appearing that no issue remains for the Court's determination,

14  IT IS HEREBY ORDERED THAT this action and all claims asserted herein are
15  DISMISSED with prejudice. In the event that the settlement is not reached, any party may
16  move to reopen the case and the trial will be scheduled, provided that such motion is filed
17  within 60 days of the date this Order is filed. All scheduled dates are VACATED. The Clerk
18  shall terminate any pending matters.

19  IT IS SO ORDERED.

20  Dated: January 18, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge