1  CHARLES J. KATZ (SBN: 68459)
   Email: lawofccjkatz@earthlink.net
2  Attorney at Law
   475 El Camino Real, Suite 300
3  Millbrae, CA 94030
   Telephone:   (650) 692-4100
4  Facsimile:    (650) 692-2900

5  Attorney for Plaintiff,
   SUKH DEO SINGH
6
   ADRIENNE C. PUBLICOVER (SBN: 161432)
7  Email: adrienne.publicover@wilsonelser.com
   CHARAN M. HIGBEE (SBN: 148293)
8  Email: charan.higbee@wilsonelser.com
   WILSON, ELSER, MOSKOWITZ,
9     EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
10 San Francisco, CA 94105
   Telephone:   (415) 433-0990
11 Facsimile:    (415) 434-1370

12 Attorneys for Defendant,
   LIFE INSURANCE COMPANY OF NORTH AMERICA
13

14              **UNITED STATES DISTRICT COURT**

15          **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

16 | SUKH DEO SINGH,                              | Case No.:   CV08-01353 SBA
17 |                                              |
   |              Plaintiff,                      | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON**
18 |      v.                                     |
19 | LIFE INSURANCE COMPANY OF NORTH              |
   | AMERICA; et al.                              |
20 |                                              |
   |              Defendants.                     |
21

22     **IT IS HEREBY STIPULATED**, by and between the parties to this action, plaintiff Sukh

23 Deo Singh and defendant Life Insurance Company of North America, acting through their

24 attorneys of record, that the above-entitled action, and all claims for relief therein, shall be

25 dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to

26 bear its own costs and attorneys' fees.

27 / / /

28
                                    1
       STIPULATION OF DISMISSAL WITH PREJUDICE AND
                  [PROPOSED] ORDER THEREON
   **Error! Unknown document property name.**
   USDC NDCA Case #CV08-01353 SBA (JL)

1  / / /

2  Date: February ___, 2011          By: _____
                                          CHARLES J. KATZ
3                                         Attorney for Plaintiff,
                                          SUKH DEO SINGH
4

5

6  Date: February ___, 2011              WILSON, ELSER, MOSKOWITZ,
                                         EDELMAN & DICKER LLP
7

8
                                    By: _____
9                                       ADRIENNE C. PUBLICOVER
                                        CHARAN M. HIGBEE
10                                      Attorneys for Defendant,
                                        LIFE INSURANCE COMPANY OF NORTH
11                                      AMERICA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorney's fees,

**IT IS SO ORDERED.**

Date:   3/1/11                                  By: *Saundra B. Armstrong*
                                                HONORABLE SAUNDRA B. ARMSTRONG
                                                UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

*Sukh Deo Singh v. Life Insurance Company of North America; et al.*
USDC NDCA Case #CV08-01353 EDL

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☒: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the indicated addressee following ordinary business practices.

☒: **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

| | |
|---|---|
| Charles J. Katz, Esq.<br>475 El Camino Real, Suite 300<br>Millbrae, CA  94030<br>Tel:   (650) 692-4100<br>Fax:  (650) 692-2900<br>*Attorneys for Plaintiff*<br>*SUKH DEO SINGH*<br>VIA ECF Notification Only | Elladene Lee Katz, Esq.<br>327 North San Mateo Drive, Suite 9<br>P.O. Box 517<br>San Mateo, CA  94401<br>Tel:   (650) 348-8078<br>Fax:  (650) 348-8073<br>*Attorneys for Plaintiff*<br>*SUKH DEO SINGH*<br>VIA First Class Mail Only |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **March 1, 2011** at San Francisco, California.

Marissa Y. Otellini